# MEMORANDUM DECISIONS

---

ATHAN et al. v. NATIONAL SAVINGS & TRUST CO. (Court of Appeals of the District of Columbia. Submitted February 10, 1921. Decided June 6, 1921.) No. 3434. Appeal from the Supreme Court of the District of Columbia. Proceeding by the National Savings & Trust Company, executor, etc., of Joseph Gerrers, deceased, against Mike Athan and another. From a judgment for plaintiff, defendants appeal. Affirmed. Julius I. Peyser and George E. Edelin, both of Washington, D. C., for appellants. Roger J. Whiteford and Charles W. Darr, both of Washington, D. C., for appellee.

VAN ORSDEL, Associate Justice. This is a landlord and tenant proceeding, in which the landlord, National Savings & Trust Company, applied to the rent commission to recover possession of the premises in question. The commission found for the landlord. It then proceeded in the municipal court and secured judgment for possession on the findings of the rent commission. On appeal, the Supreme Court sustained the municipal court. From the judgment this appeal was taken. On the above statement, the case is ruled by Killgore v. Zinkhan, —— App. D. C. ——, 274 Fed. 140, this day decided. The judgment is affirmed, with costs. Affirmed.

Mr. Justice STAFFORD, of the Supreme Court of the District of Columbia, sat in the place of Mr. Justice ROBB.